

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

September 19, 2013

**BY ECF**
Honorable Frank Maas
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007

       Re:   *Fox News Network, LLC v. United States Department of the Treasury,*
               09 Civ. 3045 (FM)

Dear Judge Maas:

      I write respectfully in regard to the Government's motion for a stay pending appeal, filed July 15, 2013, in this Freedom of Information Act ("FOIA") case. The Government has determined not to pursue its appeal in *Fox News Network LLC v. United States Department of the Treasury*, No. 13-2716. Accordingly, the Government respectfully withdraws its Motion for a Stay Pending Appeal, filed July 15, 2013 [Dkt. No. 40].

      Thank you for your consideration of this request.

                                                          Respectfully,

                                                          PREET BHARARA
                                                          United States Attorney

                           By:    /s/ John Clopper
                                  JOHN D. CLOPPER
                                  Assistant United States Attorney
                                  Telephone: (212) 637-2716
                                  Facsimile: (212) 637-0033
                                  john.clopper@usdoj.gov

cc:    by email
       Steven G. Mintz
       Terry McCormick
       Attorneys for Plaintiff